THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOWARD PROSSER, Appellant.

Submitted April 18, 1955; decided April 21, 1955.

*Howard Prosser,* in person, for motion.

No one opposed.

Motion granted and John B. Corcoran, Esq., Walbridge Building, Buffalo, New York, assigned as counsel to defendant on the appeal herein.